## Broaddus *v.* Hohensee, Appellant.

Argued May 21, 1962. Before BELL, C. J., MUS-MANNO, JONES, COHEN, EAGEN and O'BRIEN, JJ.

*Victor Dell'Alba,* for appellant.

*W. Burg Anstine,* with him *Robert H. Griffith,* for appellee.

OPINION PER CURIAM, January 21, 1963:

Appellee instituted an action of trespass against appellant, alleging fraud and deceit. A jury trial resulted in a verdict for appellee in the amount of $10,-306.12. Appellant's motion for new trial was denied and judgment was entered on the verdict of the jury; this appeal followed.

Judgment affirmed.